United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA STELLA BARGAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-00420 |
| § | |
| MIKE JOHNSON TRUCKING, LLC, *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (D.E. 17), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 1st day of June, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE